# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
JEFFREY M GREGORY  
SARAH C GREGORY  
4900 HERNDON DR  
COLUMBUS, OH  432215803

Case No:   05-69353

Judge:   CHARLES M. CALDWELL

SSN(S):   XXX-XX-2601  
XXX-XX-7336

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  August 13, 2009

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| PHYSIOTHERAPY ASSOC<br>6124 BUSCH BLVD<br>COLUMBUS, OH  43229 | 5.00 |